UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.  **CV 21-9033 MWF (RAOx)**                    Dated:  April 7, 2023

Title:  JORGE ALEJANDRO ACOSTA-QUIROZ v. LOS ANGELES COUNTY

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Vanessa Figueroa for | None Present |
| Rita Sanchez | Court Reporter |
| Courtroom Deputy | |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                         None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

In light of the Notice of Settlement filed April 6, 2023, the Court sets a hearing on Order to Show Cause Re Dismissal for **May 22, 2023 at 11:30 a.m**.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

**IT IS SO ORDERED.**

MINUTES FORM 90                                    Initials of Deputy Clerk ___vdr___
CIVIL - GEN